In re Husnu M. KALKANOGLU and Robert L. Jenkins.

No. 2014–1045.

United States Court of Appeals, Federal Circuit.

June 11, 2014.

John F. McNulty, Paul & Paul of Philadelphia, Pennsylvania, argued for appellant. With him on the brief was Alex R. Sluzas.

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

Robert J. McManus, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy General Counsel for Intellectual Property Law and Solicitor, and Jeremiah S. Helm, Associate Solicitor.

PROST,* Chief Judge, DYK and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**